LISA KOBIALKA (State Bar No. 191404)
CHRISTINA M. FINN (State Bar No. 247838)
HERBERT SMITH FREEHILLS KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
lisa.kobialka@hsfkramer.com
christina.finn@hsfkramer.com

AARON M. FRANKEL (*pro hac vice* to be filed)
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
aaron.frankel@hsfkramer.com

*Attorneys for Plaintiff*
SprintRay, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SPRINTRAY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHINING 3D TECH CO. LTD., and SHINING 3D TECHNOLOGY, INC.,<br><br>Defendants. | Case No. 4:26-cv-06026<br><br>**PLAINTIFF SPRINTRAY, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SprintRay, Inc. states the following:

SprintRay, Inc.'s parent corporations are Soonsolid HK Technology Co., Limited, Zhejiang Xunshi Technology Co. Ltd., and SprintRay Co. Ltd.

No publicly held corporation owns 10% or more of SprintRay, Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations or other entities, other than the parent corporations listed above (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Respectfully submitted,

Dated: June 18, 2026

By: *<u>/s/ Christina M. Finn</u>*

Lisa Kobialka (State Bar No. 191404)
Christina M. Finn (State Bar No. 247838)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
lisa.kobialka@hsfkramer.com
christina.finn@hsfkramer.com

Aaron M. Frankel (*pro hac vice* to be filed)
HERBERT SMITH FREEHILLS
KRAMER (US) LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
aaron.frankel@hsfkramer.com

*Attorneys for Plaintiff*
SprintRay, Inc.